# EXHIBIT A

(02/25/21) CCG 0002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Edulen Financial Group, LLC
v.
Ewa Poltanska, Unknown Occupants

No. 2022 M1 3221
2022200322/

### ORDER

This matter coming before the Court for hearing on Kinga Politanska's Motion to Quash Service and Vacate orders as Void, the Court having heard argument, it is hereby ordered:

1) Kinga Politanska's Motion is <u>granted</u>. The court finds that service so failed to comply with 735 ILCS 5/2-203.1. The court further finds that Kinga Politanska was a known occupant by Plaintiff and that Kinga Politanska was not made a proper party to this case under the description "unknown occupant", thus Plaintiff's arguments as to Section 102.5 are rejected. The orders entd against Kinga are held for naught.

2) Kinga Politanska is permitted to pursue any rights she may have as a result of this Court's ruling.

Attorney No.: 46827
Name: Giovanni Raimondi
Atty. for: Kinga Politanska
Address: 20 N. Clark St Suite 3000
City/State/Zip: Chicago, IL 60602
Telephone: 312 855 8320

ENTERED:
Judge James L. Allegretti
JAN 30 2024
Circuit Court - 2165

Dated: [signature] 2165
Judge            Judge's No.

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

2022200322/        Ex. A